# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| MUELLER, SCOTT A § | Case No. 08-28811 |
| MUELLER, BONNIE § | |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 7th Floor, Federal Building
> 219 South Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/04/2009 in Courtroom 4016,

> United States Courthouse
> 505 N. County Farm Road
> Wheaton, IL  60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/23/2009              By:      /s/ David R. Brown /s/


*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
MUELLER, SCOTT A § Case No. 08-28811
MUELLER, BONNIE §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 91,088.46 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 91,088.46 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DAVID R. BROWN* | $ 7,804.42 | $ 0.00 |
| *Attorney for trustee: SPRINGER, BROWN, COVEY, GAERTNER* | $ 8,409.00 | $ 25.36 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges: CLERK, U.S. BANKRUPTCY COURT* | $ 260.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:*_____ | $_____ | $_____ |
| *Attorney for:*_____ | $_____ | $_____ |
| *Accountant for:*_____ | $_____ | $_____ |
| *Appraiser for:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,244.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | RMSC for Cap.Rec.II assignee Sears-HIPS | $ 5,967.03 | $ 5,967.03 |
| 2 | TARGET NATIONAL BANK | $ 4,698.61 | $ 4,698.61 |
| 3 | CHASE BANK USA | $ 11,678.32 | $ 11,678.32 |
| 4 | CHASE BANK USA | $ 3,259.22 | $ 3,259.22 |
| 5 | CHASE BANK USA | $ 15,364.91 | $ 15,364.91 |
| 6 | U.S. Bank N.A. | $ 6,545.21 | $ 6,545.21 |
| 7 | U.S. Bank N.A. | $ 12,101.99 | $ 12,101.99 |
| 9 | RMSC forGE Money Bnk dba Care Crdit/GEMB | $ 4,777.55 | $ 4,777.55 |
| 10 | RMSC forGE Money Bnk dba JcPenney Card | $ 3,851.88 | $ 3,851.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 8,770.61 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 72.3 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | eCAST Sett.Corp. assignee of HSBC Bank | $ 8,770.61 | $ 6,344.96 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/   David R. Brown /s/_____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                 Page 1 of 2                   Date Rcvd: Nov 10, 2009
Case: 08-28811                 Form ID: pdf006             Total Noticed: 27


The following entities were noticed by first class mail on Nov 12, 2009.
db/jdb        +Scott A Mueller,    Bonnie Mueller,    1021 Bentley Lane,    Bartlett, IL 60103-7509
aty           +Arthur W Rummler,    Law Offices of Arthur W. Rummler,    799 Roosevelt Road,
               Building 2, Suite 104,    Glen Ellyn, IL 60137-5908
aty           +Thomas J Gorman,    Thomas J. Gorman P C,    1300 East Irving Park Road,    Suite 201,
               Streamwood, IL 60107-3205
tr            +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
12752743      +American Airlines,    Federal Credit Union,    P.O. B ox 619001, MD 2100,    DFW, Airport,
               TX 75208-1090
12752744       Bank of America,    P.O. Box 15026,    Wilmington, DE 19886-5726
12752747       CHASE,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
14064127      +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12752746       Carson Pirie Scott,    Retail Services,    P.O. Box 17264,    Baltimore, MD 21297-1264
12752750       Foster & Garbus,    P.O. Box 9030,    Farmingdale, NY 11735-9030
12752752       Household Bank Card,    P.O. Box 37281,    Baltimore, MD 21297-3281
12752754     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury,    Internal Revenue Service,    POB 21126,
               Philadelphia, PA 19114)
12752753       Indy Mac Bank,    P.O. Box 78826,    Phoenix, AZ 85062-8826
12752756       Macys,    P.O. Box 689195,    Des Moines, IA 50368-9195
12752757       Messerli & Kramer,    3033 Campus Drive #250,    Plymouth, MN 55441-2662
12752749      +Michael D. Fine Esq for Chase USA,    131 S. Dearborn St, 5th fl.,    Chicago, IL 60603-5571
12752758      +Sears Home Improvement,    P.O. Box 183081,    Columbus, OH 43218-3081
14022679      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12752759      +Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
14135392     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
12752760     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P.O. Box 790408,    St. Louis, MO 63179-0408)
14526968       eCAST Settlement Corporation assignee of HSBC Bank,    Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Nov 10, 2009.
12752745       E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2009 06:32:21     Care Credit,    GE Money Bank,
               P.O. Box 960061,    Orlando, FL 32896-0061
12752755      +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2009 06:32:21     J.C. Penny,    P.O. Box 981131,
               El Paso,   TX 79998-1131
14356024      +E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2009 06:32:21
               Recovery Management Systems Corporation,    For GE Money Bank,    dba CARE CREDIT/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14356025      +E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2009 06:47:55
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14021667      +E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2009 06:32:21
               Recovery Management Systems Corporation,    For Capital Recovery II LLC,
               As Assignee of Sears - HIPS,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                             TOTAL: 5
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12752751       Gloria Mueller
aty*          +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
12752748*      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
12752761*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P.O. Box 790408,    St. Louis, MO 63179-0408)
                                                                                             TOTALS: 1, * 3
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1            User: vrowe              Page 2 of 2              Date Rcvd: Nov 10, 2009
Case: 08-28811                  Form ID: pdf006          Total Noticed: 27

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2009**             **Signature:** _/s/ Joseph Speetjens_